AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the Rome-Division

Saleeban isse adan
_____
Petitioner

v.

an/The People, everych, 1dRe, boy and girl and official Gover, Democratic and Public
_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case No. _____
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Saleeban isse adan
   (b) Other names you have used: Saleevan isse adan

2. Place of confinement:
   (a) Name of institution: G.D.C.P. Special management unit
   (b) Address: P.O. Box 3877, 29148 Highway 36 west A-wing #106 Jackson, GA. 30233-
   (c) Your identification number: _____

3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges) yes-
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   I serve 21 life plus 204-4RS,
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Baldwin County Superior court and DeKalb County County Superior court
   (b) Docket number of criminal case: 01CRS128-09/
   (c) Date of sentencing: 12-08-2010
   ☑ Being held on an immigration charge
   ☐ Other *(explain)*: The Department of Justice of Homeland security & immigration law Honorable Judge Joseph Retepka He says to me - I am guilty and I cannot have immigration. I killed the People I am not guilty

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☑ Disciplinary proceedings
☐ Other (explain): N/A

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: baldwin Cu. Superior Court and Dekalb Cu. Superior Court.
   (b) Docket number, case number, or opinion number: 01CR5128-09
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Dark sentence he gave to me two life in prisoner.
   (d) Date of the decision or action: ____

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes   ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Atlanta division and Tatnall Co. Superior Court
       (2) Date of filing: I do not known.
       (3) Docket number, case number, or opinion number: 01CR5128-09
       (4) Result: N/A
       (5) Date of result: N/A
       (6) Issues raised: N/A

   (b) If you answered "No," explain why you did not appeal: I do not know no law or court or how to file legal motion at that BRC very six times -

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: N/A
  (2) Date of filing: N/A
  (3) Docket number, case number, or opinion number: N/A
  (4) Result: N/A
  (5) Date of result: N/A
  (6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a second appeal: I do not know courts law and how to file legal motion. I learned in law libRay and some inmates.

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☒ Yes   ☐ No
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: Atlanta, Division Ta Trial Co. Superiar Court
  (2) Date of filing: N/A
  (3) Docket number, case number, or opinion number: 01 CRS 712 E-09,
  (4) Result: N/A
  (5) Date of result: N/A
  (6) Issues raised: N/A

X N/A

(b) If you answered "No," explain why you did not file a third appeal: N/A

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☒ Yes   ☐ No
If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
☒ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: Atlanta Division, Gwinnett County Superior Crim.
(2) Case number: 01CR5128-09
(3) Date of filing: I do not known
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes     ☒ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: I do not know

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☒ Yes     ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order: N/A
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes     ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: N/A
(2) Case number: N/A
(3) Result: N/A
(4) Date of result: N/A
(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☒ No
If "Yes," provide:
(1) Name of court: NO
(2) Date of filing: N/A
(3) Case number: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes   ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Habeas Curpus and lawsuite
(b) Name of the authority, agency, or court: Atlanta Divisiun and Tatnal Cua ATV Superior court and Baldwing County Superior court.
(c) Date of filing:
(d) Docket number, case number, or opinion number: 01CRS128-09
(e) Result: N/A
(f) Date of result: N/A
(g) Issues raised: N/A

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** That the Dekalb County Superior Court they said I don't know between Right and wrong I was known between Right and wrong I know I was Right they targetting in america

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: ineffective assistance private black counselor He mess Represent my cases and He Fukees me to be about my lawyer and He took my advantage $20. millions. Dollars and He Dinnot Right for my cases and He Helping brown People and gray People

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes ☐ No

**GROUND TWO:** That the Dekalb County Jail in Decatur Georgia at obama administration They executed me a cit and chemical and Puison and I can Found little bit for my brain

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: The Private lawyer He appointed Dark Sentence and He gave two Life without Parole I am right now Death Row Prisoner and I have Death Penalty cases.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☐ No

**GROUND THREE:** Younr Hun I am not Guilty, I killed the people I killed the peoples I am not Guilty

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: , I I am Guilty Than Tu fill me I don not Refused to die I appealed censure Jewish court Younr Hun I am theift man and I am Terrorist and I were for Israel auiberity. and I will for american white Government

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** I wanna white Judge or Democratic Judge to sentence me to white Democratic law

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
I killed two in diens for Democratic and I killed one in diens for Republic body

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

### Request for Relief

15. State exactly what you want the court to do: I wanna your authorities to executed me or to forgive me I have 3 right murder for Allah His Judgement Day. I wanna when I be 48 years old I wanna to be amerikan president in 2028 when I be 48 yrs old in 2028 yrs I wanna to be president in America. I am taking scotin black presidential Obama He Be president for me in 2008. and Joe Biden He be president for me in 2020.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
03-20-24.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03-20-2024    Saleeban isse adan
                    _Signature of Petitioner_

                    Saleeban isse adan.
                    _Signature of Attorney or other authorized person, if any_